UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO 630 PENSION-ANNUITY TRUST FUND, Derivatively on Behalf of COMMUNITY HEALTH SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WAYNE T. SMITH, et al., <br><br> Defendants, <br><br> – and – <br><br> COMMUNITY HEALTH SYSTEMS, INC., a Delaware corporation, <br><br> Nominal Party. | Civil Action No. 3:11-cv-00489 <br><br> Judge John T. Nixon <br><br> STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE |

[Caption continued on following page.]

| | |
|---|---|
| ROOFERS LOCAL NO. 149 PENSION FUND, Derivatively on Behalf of COMMUNITY HEALTH SYSTEMS, INC., <br><br>        Plaintiff, <br><br>vs. <br><br>WAYNE T. SMITH, et al., <br><br>        Defendants, <br><br>– and – <br><br>COMMUNITY HEALTH SYSTEMS, INC., a Delaware corporation, <br><br>        Nominal Party. | Civil Action No. 3:11-cv-00598 <br><br>Judge John T. Nixon |

WHEREAS, beginning on May 24 and June 21, 2011, respectively, plaintiffs Plumbers & Pipefitters Local Union No. 630 Pension-Annuity Trust Fund and Roofers Local 149 Pension Fund ("plaintiffs") filed shareholder derivative actions asserting claims on behalf of Community Health Systems, Inc. ("CHSI" or the "Company") for alleged violations of law, including allegations that certain of the Company's directors breached their fiduciary duties owed to CHSI;

WHEREAS, this Court entered an Order dated September 28, 2011, consolidating the above-captioned actions for all pretrial purposes and appointing lead counsel for plaintiffs;

WHEREAS, on May 20, 2011, Lambert Sweat ("Sweat") issued a demand to inspect certain of the Company's books and records pursuant to §220 of the Delaware General Corporation Law (the "Demand Letter");

WHEREAS, the Company provided certain documents to Sweat in response to the Demand Letter;

WHEREAS, on October 5, 2011, Sweat filed a Verified Shareholder Derivative Complaint in the United States District Court for the Middle District of Tennessee (the "Sweat Action") in which he references documents received from the Company in response to the Demand Letter;

WHEREAS, the Sweat Action asserts claims, derivatively on behalf of CHSI arising out of the same or substantially the same transactions or events as the above-captioned consolidated case;

WHEREAS, on November 29, 2011, this Court ordered the Sweat Action consolidated with the above-captioned actions;

WHEREAS, CHSI has agreed to produce to plaintiffs in the above-captioned action the same documents it produced to Sweat in response to the Demand Letter, subject to a confidentiality agreement (the "Document Production");

WHEREAS, in light of the Document Production, the parties have met-and-conferred regarding an appropriate briefing schedule that would allow plaintiffs to review the Document

Production and amend the operative complaint with any new information arising out of the Document Production;

WHEREAS, in an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, all of the counsel for the parties in the above-referenced shareholder derivative actions enter into this stipulation.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

1.  Plaintiffs shall file an Amended Consolidated Complaint within 45 days of the completion of the Document Production;

2.  Defendants shall respond to the Amended Consolidated Complaint within 60 days after service of the Amended Consolidated Complaint;

3.  In the event that defendants file any motions directed at the Amended Consolidated Complaint, the opposition brief to such motion shall be filed within 60 days of the motion and the reply brief shall be filed within 45 days of the opposition, unless otherwise agreed upon by the parties;

4.  Counsel agree to meet-and-confer to select a proposed hearing date regarding any motion directed at the Amended Consolidated Complaint.

DATED: January 5, 2012     DAVIES, HUMPHREYS, HORTON
                                                         & REESE
                                                         WADE B. COWAN

                                                           s/ Wade B. Cowan
                                                        WADE B. COWAN

                                                       150 Second Ave. North, Suite 225
                                                       Nashville, TN 37201
                                                       Telephone: 615/256-8125
                                                       615/242-7853 (fax)

|  |  |
|---|---|
|  | ROBBINS GELLER RUDMAN<br>  &amp; DOWD LLP<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>ROBBINS UMEDA LLP<br>BRIAN J. ROBBINS<br>KEVIN A. SEELY<br>ASHLEY R. PALMER<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/525-3990<br>619/525-3991 (fax)<br><br>SULLIVAN, WARD, ASHER & PATTON, P.C.<br>MICHAEL J. ASHER<br>25800 Northwestern Highway<br>1000 Maccabees Center<br>Southfield, MI 48075-1000<br>Telephone: 248/746-0700<br>248/746-2760 (fax)<br><br>Attorneys for Plaintiffs |
| DATED: January 5, 2012 | RILEY WARNOCK & JACOBSON, PLC<br>JOHN R. JACOBSON<br><br><br>           s/ John R. Jacobson<br>            JOHN R. JACOBSON<br><br>1906 West End Ave.<br>Nashville, TN 37203<br>Telephone: 615/320-3700<br>615/320-3737 (fax)<br>jjacobson@rwjplc.com<br><br>Counsel for individual defendants Wayne T. Smith, W. Larry Cash, T. Mark Buford, John A. Clerico, James S. Ely, III, John A. Fry, William Norris Jennings, Julia B. North, and H. Mitchell Watson, Jr. |

- 3 -

DATED: January 5, 2012  KIRKLAND & ELLIS LLP
PETER D. DOYLE
JOEL A. BLANCHET


_____s/ Peter D. Doyle_____
PETER D. DOYLE

Citigroup Center
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
212/446-4900 (fax)
peter.doyle@kirkland.com

Counsel for Nominal Defendant Community Health Systems, Inc.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE