> **ORDER:**
> Motion granted.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| In re COMMUNITY HEALTH SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) | Master Docket No. 3:11-cv-00489<br><br>(Consolidated with No. 3:11-cv-00598 and No. 3:11-cv-00952) |
| This Document Relates To:  ) )| Judge John T. Nixon |
| ALL ACTIONS.  ) ) )| Magistrate Judge E. Clifton Knowles |

PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF MOTION TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO COMPEL A RULE 26(f) CONFERENCE