UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE COMMUNITY HEALTH SYSTEMS INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To: All Actions | Master Docket No. 3:11-cv-00489<br><br>(Consolidated with No. 3:11-cv-00598 and No. 3:11-cv-00952)<br><br>Judge John T. Nixon<br><br>Magistrate Judge Joe B. Brown |

## NOTICE OF WITHDRAWAL AND OF APPEARANCE OF COUNSEL

Please take notice that Peter D. Doyle and Seth D. Fier of the firm Proskauer Rose, LLP hereby withdraw as counsel of record for Nominal Defendant Community Health Systems, Inc. Lawyers with the firm Riley Warnock & Jacobson, PLC and with Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP shall continue to represent Community Health Systems, Inc.

Please further take notice that Peter D. Doyle, Seth D. Fier, and Chantel L. Febus of the firm Proskauer Rose, LLP hereby appear on behalf of Defendants Wayne T. Smith, W. Larry Cash, T. Mark Buford, John A. Clerico, James S. Ely, III, John A. Fry, William Norris Jennings, Julia B. North and H. Mitchell Watson, Jr. D. Alexander Fardon of the firm Harwell Howard Hyne Gabbert & Manner, P.C. will serve as resident associate counsel for Mr. Doyle, Mr. Fier, and Ms. Febus.

Respectfully submitted,

/s/ Peter D. Doyle (by DAF w/ permission)
Peter Duffy Doyle
Seth D. Fier
Chantel L. Febus
Proskauer Rose, LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
pdoyle@proskauer.com
sfier@proskauer.com

*Counsel for Defendants Wayne T. Smith,*
*W. Larry Cash, T. Mark Buford, John A. Clerico,*
*James S. Ely, III, John A. Fry,*
*William Norris Jennings, Julia B. North*
*and H. Mitchell Watson, Jr.*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System:

Darren J. Robbins
Benny C. Goodman, III
Erik W. Luedeke
Robbins Geller Rudman & Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
darrenr@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

Michael J. Asher
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075
masher@swappc.com

Wade B. Cowan
Davies, Humphreys, Horton & Reese, PLC
85 White Bridge Road
Nashville, TN 37205
wcowan@dhhrplc.com

Jonathan P. Farmer
Jones Hawkins & Farmer, PLC
One Nashville Place
150 Fourth Avenue North, Suite 1820
Nashville, TN 37219
jfarmer@joneshawkinsfarmer.com

Michael J. Hynes
Hynes Keller & Hernandez, LLC
1150 First Avenue, Suite 501
King of Prussia, PA 19004
mhynes@hkh-lawfirm.com

Brian J. Robbins
Ashley Rifkin
Kevin A. Seely
Robbins Arroyo LLP
600 B Street, Suite 1900
San Diego, CA 92101
notice@robbinsarroyo.com
arifkin@robbinsarroyo.com
kseeley@robbinsarroyo.com

Christy Goodman
Law Office of Christy Goodman
3327 Dumas Street
San Diego, CA 92106
c.w.goodmanlaw@gmail.com

Howard S. Susskind
Pedro A. Herrera
Sugarman & Susskind
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
hsusskind@sugermansusskind.com
pherrera@sugarmansusskind.com

Nadeem Faruqi
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
nfaruqi@faruqilaw.com

Beth A. Keller
Hynes, Keller & Hernandez, LLC
100 S Bedford Road, Suite 340
Mount Kisco, NY 10549
bkeller@hkh-lawfirm.com

| | |
|---|---|
| Gary A. Orseck | Steven A. Riley |
| Michael L. Waldman | John R. Jacobson |
| Alison Barnes | Milton S. McGee, III |
| Robbins, Russell, Englert, Orseck, | Elizabeth O. Gonser |
|     Untereiner & Sauber LLP | Riley Warnock & Jacobson, PLC |
| 1801 K Street, N.W., Suite 411L | 1906 West End Avenue |
| Washington, DC 20006 | Nashville, TN 37203 |
| gorseck@robbinsrussell.com | sriley@rwjplc.com |
| mwaldman@robbinsrussell.com | jjacobson@rwjplc.com |
| abarnes@robbinsrussell.com | tmcgee@rwjplc.com |
| | egonser@rwjplc.com |

this the 26th day of June, 2015.

                                                  s/ D. Alexander Fardon