UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE COMMUNITY HEALTH SYSTEMS INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To: All Actions | Master Docket No. 3:11-cv-00489<br><br>(Consolidated with No. 3:11-cv-00598 and No. 3:11-cv-00952)<br><br>Judge John T. Nixon<br><br>Magistrate Judge Joe B. Brown |

## MOTION FOR THE ADMISSION *PRO HAC VICE* OF CHANTEL L. FEBUS

Defendants Wayne T. Smith, W. Larry Cash, T. Mark Buford, John A. Clerico, James S. Ely, III, John A. Fry, William Norris Jennings, Julia B. North, and H. Mitchell Watson, Jr. respectfully move, pursuant to Local Rule 83.01(d), for the *pro hac vice* admission of Chantel L. Febus of the firm Proskauer Rose, LLP, Eleven Times Square, Eighth Avenue & 41st Street, New York, New York 10036-8299 (telephone: 212-969-3000; email: cfebus@proskauer.com) as their counsel in this action. Ms. Febus is a member in good standing of the bar of the United States District Court for the Southern District of New York, and a certificate reflecting that good standing is submitted with this motion. D. Alexander Fardon, who resides in Tennessee and is admitted to practice before this Court, will serve as Ms. Febus's resident associate counsel in this case.

Respectfully submitted,

/s/ D. Alexander Fardon
D. Alexander Fardon
Harwell Howard Hyne Gabbert & Manner, P.C.
333 Commerce Street, Suite 1500
Nashville, TN 37201
Tel: (615) 256-0500
alex.fardon@h3gm.com

*Counsel for Defendants Wayne T. Smith,*
*W. Larry Cash, T. Mark Buford, John A. Clerico,*
*James S. Ely, III, John A. Fry,*
*William Norris Jennings, Julia B. North*
*and H. Mitchell Watson, Jr.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System:

Darren J. Robbins
Benny C. Goodman, III
Erik W. Luedeke
Randall J. Baron
Robbins Geller Rudman & Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
darrenr@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

Michael J. Asher
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075
masher@swappc.com

Wade B. Cowan
Davies, Humphreys, Horton & Reese, PLC
85 White Bridge Road
Nashville, TN 37205
wcowan@dhhrplc.com

Jonathan P. Farmer
Jones Hawkins & Farmer, PLC
One Nashville Place
150 Fourth Avenue North, Suite 1820
Nashville, TN 37219
jfarmer@joneshawkinsfarmer.com

Michael J. Hynes
Hynes Keller & Hernandez, LLC
1150 First Avenue, Suite 501
King of Prussia, PA 19004
mhynes@hkh-lawfirm.com

Brian J. Robbins
Ashley Rifkin
Kevin A. Seely
Robbins Arroyo LLP
600 B Street, Suite 1900
San Diego, CA 92101
notice@robbinsarroyo.com
arifkin@robbinsarroyo.com
kseeley@robbinsarroyo.com

Christy Goodman
Law Office of Christy Goodman
3327 Dumas Street
San Diego, CA 92106
c.w.goodmanlaw@gmail.com

Howard S. Susskind
Pedro A. Herrera
Sugarman & Susskind
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
hsusskind@sugermansusskind.com
pherrera@sugarmansusskind.com

Peter Duffy Doyle
Seth D. Fier
Proskauer Rose, LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
pdoyle@proskauer.com
sfier@proskauer.com

Nadeem Faruqi
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
nfaruqi@faruqilaw.com

Beth A. Keller
Hynes, Keller & Hernandez, LLC
100 S Bedford Road, Suite 340
Mount Kisco, NY 10549
bkeller@hkh-lawfirm.com

Gary A. Orseck
Michael L. Waldman
Alison Barnes
Robbins, Russell, Englert, Orseck,
   Untereiner & Sauber LLP
1801 K Street, N.W., Suite 411L
Washington, DC 20006
gorseck@robbinsrussell.com
mwaldman@robbinsrussell.com
abarnes@robbinsrussell.com

this the 26th day of June, 2015.

Steven A. Riley
John R. Jacobson
Milton S. McGee, III
Elizabeth O. Gonser
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37206
sriley@rwjplc.com
jjacobson@rwjplc.com
tmcgee@rwjplc.com
egonser@rwjplc.com

/s/ D. Alexander Fardon