# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**CHANTEL LATEASHA FEBUS**, Bar # **CF2620**

was duly admitted to practice in this Court on

**APRIL 1st, 2013**, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u> on **JUNE 26th, 2015**

<u>Ruby J. Krajick</u>
Clerk

by _____
Deputy Clerk