UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re COMMUNITY HEALTH SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) |
| | Master Docket No. 3:11-cv-00489 |
| | (Consolidated with No. 3:11-cv-00598 and No. 3:11-cv-00952) |
| This Document Relates To: | ) ) ) ) ) |
| | Judge Kevin H. Sharp |
| ALL ACTIONS. | Magistrate Judge Joe B. Brown |

# FIRST AMENDED CASE MANAGEMENT ORDER

Pursuant to Rule 16.01(d)(2) of the Middle District of Tennessee, the Court adopts this First Amended Case Management Plan.

Paragraphs 1 through 5 and 7 through 10 of the Initial Case Management Order [D.E. 136] are unchanged. Paragraph 6 is modified in the following respects:

**6.    Discovery and Dispositive Motions**

**(b) Post-Mediation Discovery**

   (iii)   *Fact Discovery Cut-off*

Factual Discovery shall close on **June 30, 2016**. For depositions that have already been noticed, the parties agree that they will occur prior to the previous discovery cut-off of May 2, 2016, with the exception of Carolyn Lipp, Wayne Smith and Larry Cash. The parties agree that those three depositions may occur on mutually agreeable dates between May 3 and June 30, 2016.

   (iv)   *Expert Reports and Discovery*

Initial reports and disclosures from Plaintiffs' and Defendants' retained experts under Rule 26(a)(2) shall be served on **September 15, 2016**. Rebuttal expert reports and disclosures, if any,

{2499 / ORD / 00131573.DOCX v2}    1

will be served on **October 14, 2016**. Expert discovery depositions shall close on **November 18, 2016**.

      (v)    *Dispositive Motions*

Motions for summary judgment and/or summary adjudication shall be filed with the Court no later than **January 13, 2017**. Oppositions to dispositive motions shall be filed on or before **February 10, 2017** and a reply shall be filed on or before **February 27, 2017**.

IT IS SO ORDERED.

                                              _____
UNITED STATES MAGISTRATE JUDGE
JOE B. BROWN