UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| In re COMMUNITY HEALTH SYSTEMS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master Docket No. 3:11-cv-00489 |
| | (Consolidated with No. 3:11-cv-00598 and No. 3:11-cv-00952) |
| This Document Relates To: | Judge Kevin H. Sharp |
| ALL ACTIONS. | Magistrate Judge Joe B. Brown |

JUDGMENT

1207286_1

Plaintiffs, having moved for final approval of the settlement set forth in the Stipulation of Settlement, dated November 18, 2016, and the matter having come before the Honorable Kevin H. Sharp, United States District Judge, and the Court, on 1/17, 2017, having issued its Order Approving Derivative Settlement and Order of Dismissal with Prejudice, and having directed the Clerk of the Court to enter judgment, it is

**ORDERED, ADJUDGED AND DECREED:**

1. This Judgment incorporates by reference the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated 1/17, 2017; and

2. That for the reasons stated in, and pursuant to the terms set forth in, the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated 1/17, 2017, Plaintiffs' Motion for Final Approval of Derivative Settlement is granted; accordingly, this case, and all related cases, are closed.

Dated: Nashville, Tennessee

1/20, 2017

BY: KEITH THROCKMORTON

_____
for the   Clerk of Court

- 1 -

1207286_1